UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS KNUTH, et al.,

    Plaintiffs,

CASE NO. 1:19-CV-1044

v.

HON. ROBERT J. JONKER

CITY OF ST. JOSEPH, MI, et al.,

    Defendants.
_____/

## ORDER

Plaintiffs have filed a Motion for Preliminary Injunction to Preserve the Status Quo (ECF No. 6). Defendants shall file a response to the motion fourteen days following service of the Verified Complaint and motion.

Date:  December 26, 2019

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE